IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TRACY M. FINLAN, | ) | 4:05CV3127 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ***ORDER*** |
| v. | ) | |
| | ) | |
| STATE OF NEBRASKA DEPARTMENT | ) | |
| OF CORRECTIONS MEDICAL | ) | |
| DEPARTMENT, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that Filing 26, the withdrawal of the appearance by Defendant's attorney, Timothy P. Sullivan, is approved and the entry of appearance by Maureen Hannon on behalf of Defendant is recognized and approved.

Dated this 17th day of January 2006.

BY THE COURT:

s/F. A. Gossett
United States Magistrate Judge

13-325-16